**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KEITH RUSSELL JUDD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 11-CV-331-GKF-PJC** |
| | ) | |
| **OKLAHOMA STATE ELECTION BOARD;** | ) | |
| **OKLAHOMA SECRETARY OF STATE;** | ) | |
| **STATE OF OKLAHOMA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Plaintiff is a *pro se* federal prisoner with a long history of abusive and frivolous filing in federal courts. See Dkt. # 3. On May 31, 2011, the Court denied Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) and dismissed his civil complaint. See id. Judgment (Dkt. # 4) was entered May 31, 2011. Plaintiff appealed. By Order filed September 20, 2011 (Dkt. # 11), this Court certified that the appeal was frivolous and not taken in good faith. Therefore, the Court required Plaintiff to pay the full appellate filing fee. On October 6, 2011, the Tenth Circuit Court of Appeals dismissed the appeal (Dkt. # 12).

On August 8, 2012, or more than ten (10) months after dismissal of the appeal, Plaintiff filed a "motion for relief from judgment or order under Twenty Fourth Amendment" (Dkt. # 16). He requests the Court to order, *inter alia*, that all convicted and incarcerated felons be registered to vote, that President Barack Obama be removed from the 2012 presidential ballot, and that all delegates be award to Plaintiff.

Plaintiff never paid the $350 filing fee for this action. This Court has determined, on numerous occasions, that Plaintiff is subject to the three-strikes rule of 28 U.S.C. § 1915(g). He has

not provided any relevant legal authority to support a claim that the statute is unconstitutional or does not apply to him. For all the reasons discussed in prior Orders (Dkt. #s 3 and 7), the Court finds that Plaintiff's arguments asserted in his motion for relief from judgment under the Twenty Fourth Amendment are frivolous and without merit.  His motion shall be denied.

**ACCORDINGLY, IT IS HEREBY ORDERED that** Plaintiff's "motion for relief from judgment or order under Twenty Fourth Amendment" (Dkt. # 16) is **denied**.

DATED THIS 29th  day of August, 2012.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2